Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AWEIDA ARTS, INC., a Washington corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>PURE GLASS DISTRIBUTION, INC., a California corporation,<br><br>            Defendant. | NO.  2:14-cv-00757-RAJ<br><br>**ORDER AUTHORIZING SERVICE ON DEFENDANT BY DELIVERY TO THE CALIFORNIA SECRETARY OF STATE** |

The court GRANTS Plaintiff Aweida Arts, Inc.'s Ex Parte Motion for an Order Authorizing Service on Defendant by Delivery to the California Secretary of State.  Dkt. # 6.

Plaintiff has shown by affidavit to the satisfaction of the Court that process against the Defendant California domestic corporation cannot be served with reasonable diligence upon the designated agent by hand or upon the corporation in the manner provided in California Code of Civil Procedure Sections 415.10, 415.20(a), 415.30(a), 416.10(a), (b), and (c), or 416.20(a).

The Court orders as follows:

Defendant Pure Glass Distribution, Inc., a California corporation, may be served in this action by delivering by hand to the California Secretary of State, or to any person employed in

ORDER AUTHORIZING SERVICE  ON DEFENDANT BY DELIVERY TO THE CALIFORNIA SECRETARY OF STATE - 1
Case No. 14-cv-00757-RAJ

SIMBURG, KETTER, SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929

1  the Secretary of State's office in the capacity of assistant or deputy, one copy of the process for

2  each defendant to be served, together with a copy of this order authorizing such service.

3  DATED this 6th day of November, 2014

4

5  _____
   The Honorable Richard A. Jones
6  United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER AUTHORIZING SERVICE ON DEFENDANT BY
DELIVERY TO THE CALIFORNIA SECRETARY OF STATE - 2
Case No. 14-cv-00757-RAJ

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP

999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929